IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEPHEN R. DUFF,<br><br>        Defendant. | 8:20CB9<br><br>VIOLATION NO.: 9351821- NE22<br><br>ORDER TO REDUCE FINE AMOUNT |

On the motion of the United States Attorney's Office [41], the Court reduces the fine amount from $180 to $80 ($40 fine, $30 processing fee, and $10 special assessment) and accepts the payment of $80 as full satisfaction of all fine amounts and processing fees for violation notice 9351821- NE22.

Dated this 30th day of October, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge